IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUAN GERARDO ALONSO, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> PLANET HOME LENDING, LLC, § <br> MCCARTHY & HOLTHUS LLP, § <br> § <br> *Defendants*. § | Case No. 2:25-cv-764-JRG-RSP |

## ORDER

Defendant McCarthy & Holthus LLP previously filed a Motion to Dismiss. (Dkt. No. 30). Magistrate Judge Payne entered a Report and Recommendation, recommending that the Court Grant Defendant McCarthy & Holthus LLP's Motion to Dismiss. (Dkt. No. 34). Plaintiff has now filed Objections. (Dkt. No. 35).

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on Plaintiff's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss (Dkt. No. 30) is **GRANTED**.

**So ORDERED and SIGNED this 27th day of January, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE